# MEMORANDUM DECISIONS.

ADAM, Respondent, v. ELLENTUCH, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Bettie Adam against Max Ellentuch. A. D. Lind, for appellant. F. Wasserman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ADDUNISIO, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Amalia Addunisio against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ADDY, Appellant, v. HUTCHINSON ACOUSTIC CO. et al., Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Arthur R. Addy against the Hutchinson Acoustic Company and others. W. D. Gaillard, for appellant. J. Quinn, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

In re ALLISON. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) In the matter of the accounts of Eli Allison, deceased, as trustee, etc., under the will of William J. Lazear, deceased, etc. No opinion. Decree of Surrogate's Court affirmed, with costs to respondent payable out of the estate, on opinion of WHEELER, S., in 53 Misc. Rep. 222, 102 N. Y. Supp. 887.

ALPERT, Respondent, v. RAU, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Zussman Alpert against Alfred M. Rau. No opinion. Judgment of the Municipal Court affirmed, with costs.

ALTMAN, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Kalman Altman against Edward I. Wilson. No opinion. Motion to dismiss appeal denied, without costs.

ALVINO, Appellant, v. NEW YORK CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Josephine Alvino, as administratrix, against the New York Contracting Company. T. J. O'Neill, for appellant. J. C. Toole, for respondent. No opinion. Judgment and order affirmed, with costs, Order filed.

In re ANDREWS. (Supreme Court, Special Term, New York County. December 30, 1907.) In the matter of the guardianship of Blanche L. Andrews, an insane person. Motion for stay pending appeal. Motion granted on condition. For former report, see 106 N. Y. Supp. 13, 1096. Parker, Hatch & Sheehan, for Constant A. Andrews and Blanche L. Andrews. George C. Kobbe, for Nannie V. Roosevelt. Grant Notman, for John E. Roosevelt.

DAYTON, J. Motion for stay pending appeal. Upon his petition, verified November 29, 1907, Mr. John E. Roosevelt asks a stay of all proceedings under the order removing Mr. Andrews and himself as committee, pending an appeal by himself and Mrs. Roosevelt from part of that order, and for an order practically directing that until the determination of said appeals Messrs. Andrews and Roosevelt continue as such committee. By an order of this court, dated December 2, 1907, Mr. Sylvester J. O'Sullivan, the substituted committee, was directed to be served with the order to show cause on this application, which subsequently came before Mr. Justice Greenbaum, and was referred to me December 24, 1907. The ground of this motion is the allegation that no notice of any application for the removal of Messrs. Andrews and Roosevelt was ever given to either Mr. or Mrs. Roosevelt, and that great confusion would result in the management of the estate if the stay be not granted. It is to be noted that Mr. Andrews does not join in or oppose this application, or express an intention to appeal. The notices of appeal, dated December 23, 1907, and served December 26, 1907, by Mr. and Mrs. Roosevelt, are separate documents, but similar in form, and are addressed to Mr. Andrews individually, the special guardian, and to Mr. and Mrs. Roosevelt interchangeably, but not to Mr. O'Sullivan, the substituted committee. These appeals are not from the entire order of November 26, 1907, but from so much thereof as (1) orders Messrs. Andrews and Roosevelt to account since January 6, 1907; (2) orders the removal of said committee; (3) orders the appointment of Mr. O'Sullivan as substituted committee of the estate; (4) orders that Messrs. Andrews and Roosevelt deliver to the substituted committee the property of the estate; (5) orders that the substituted committee vote upon the 1,714 shares of stock of the Elkhorn Valley Coal Land Company; (6) orders the vacation of the orders of reference and appointment of special guardian; (7) as combines in one order with a different title, a determination upon three distinct referees' reports in three separate special proceedings, together with two other special proceedings pending before a referee, "in no way before the court for decision." It is to be noted that no appeal is taken (a) from that part of the order denying Mr. Andrews' claim to surcharge Mr. Roosevelt with about